# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES A. SPRY,

        Respondent

        v.

BOLESLAW PLEWA,

        Petitioner

: No. 60 EM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.